UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 4:21CR 00332 DPM |
| | ) | |
| v. | ) | |
| | ) | 21 U.S.C. § 841(a)(1) |
| DANIEL ERIC SALLEY, JR., | ) | 18 U.S.C. § 922(g)(1) |
| a/k/a "I'elerud Bay" | ) | 18 U.S.C. § 924(c)(1)(A) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about April 4, 2021, in the Eastern District of Arkansas, the defendant,

DANIEL ERIC SALLEY, JR.,
a/k/a "I'elerud Bay",

knowingly and intentionally possessed with intent to distribute 50 grams or more methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 2

On or about April 4, 2021, in the Eastern District of Arkansas, the defendant,

DANIEL ERIC SALLEY, JR.,
a/k/a "I'elerud Bay",

knowingly and intentionally possessed with intent to distribute marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 3

On or about April 4, 2021, in the Eastern District of Arkansas, the defendant,

DANIEL ERIC SALLEY, JR.,
a/k/a "I'elerud Bay",

knowingly and intentionally possessed a firearm, that is: a Smith & Wesson, Model 36, .38 Special revolver, bearing serial number J955910, in furtherance of a drug trafficking crime prosecutable in a

court of the United States, that is: a violation of Title 21, United States Code, 21United States Code 841(a)(1)], as set forth in Count One and Two of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT 4

A. On or about April 4, 2021, the defendant,

DANIEL ERIC SALLEY, JR.,
a/k/a "I'elerud Bay",

had previously and knowingly been convicted of one or more of the following crimes punishable by a term of imprisonment exceeding one year:

1. Possession of Marijuana with Intent to Deliver and Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2004-3855;

2. Possession of Marijuana with Intent to Deliver and Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2006-3182;

3. Possession of Codeine with Intent to Deliver, Possession of Marijuana with Intent to Deliver and Possession of Drug Paraphernalia, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2006-1976;

4. Possession of Marijuana with Intent to Deliver, in Pulaski County, Arkansas, Circuit Court in Case Number CR-2007-0607; and

5. Possession of Marijuana with Intent to Deliver, Simultaneous Possession of Drugs and Firearms, Possession of Drug Paraphernalia, Theft by Receiving and Felon in Possession of a Firearm in Pulaski County, Arkansas, Circuit Court in Case Number CR-2008-1695.

B. On or about April 4, 2021, in the Eastern District of Arkansas, the defendant,

DANIEL ERIC SALLEY, JR.,
a/k/a "I'elerud Bay",

knowingly possessed, in and affecting commerce, a firearm, that is: a Smith & Wesson, Model 36, .38 Special revolver, bearing serial number: J955910, in violation of Title 18, United States Code, Section 922(g)(1).

**FORFEITURE ALLEGATION 1**

Upon conviction of Counts 1or 2 of this Indictment, the defendant, DANIEL ERIC SALLEY, JR. a/k/a "I' I'elerud Bay", shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

**FORFEITURE ALLEGATION 2**

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendant, DANIEL ERIC SALLEY, JR. a/k/a "I' I'elerud Bay", shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

**FORFEITURE ALLEGATION 3**

Upon conviction of Count 1, 2, 3, or 4 of this Indictment, the defendant, DANIEL ERIC SALLEY, JR. a/k/a "I'elerud Bay", shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT. SIGNATURE PAGE ATTACHED.]